UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMISON SIGNS, INC., a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RASTER PRINTERS, INC., a California corporation,<br><br>　　　　Defendant. | NO.  CV-07-0009-EFS<br><br>**ORDER OF DISMISSAL** |

　　　Before the Court, without oral argument, is Plaintiff's Motion to Dismiss with Prejudice (Ct. Rec. 6).  As Defendant has not yet filed either an answer or a motion for summary judgment, the Court grants Plaintiff's motion pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiff advises the Court that the parties have participated in mediation and agreed to a settlement.

　　　Accordingly, **IT IS ORDERED** the above-captioned matter is **DISMISSED with prejudice**.

　　　**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, distribute copies to counsel, and close the file.

　　　**DATED** this＿＿29th＿＿day of May 2007.


　　　　　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Q:\Civil\2007\0009.dismiss.wpd

ORDER OF DISMISSAL -- 1